[No. 69598-3-I.   Division One.   March 6, 2017.]

*In the Matter of the Personal Restraint of* KENNETH WAYNE SANDHOLM, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 73261-7-I.   Division One.   March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. IBRAHIM SALEH ADAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01208-6, Dean Scott Lum, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 73411-3-I.   Division One.   March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIA GONZALES ESQUIVEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06952-1, James D. Cayce, J., entered April 20, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.